IN the INTEREST OF:
C.B.–A.R., a Minor
2316 EDA 2016

Superior Court of Pennsylvania.

4/24/2017

CP–51–AP–0000908–2015
FID: 51–FN–002936–2012
(Philadelphia)
Affirmed

IN the INTEREST OF: C.S.H.,
JR., a Minor
2317 EDA 2016

Superior Court of Pennsylvania.

4/24/2017

CP–51–AP–0000909–2015
FID: 51–FN–002936–2012
(Philadelphia)
Affirmed

IN the INTEREST OF: C.C.R., a Minor
2318 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000910–2015
FID: 51–FN–002936–2012
(Philadelphia)
Affirmed

COM.

v.

BEDOYA, J.

2328 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–48–CR–0003025–2013
(Northampton)

Affirmed

IN the INTEREST OF: C.S.H., a Minor

2491 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000907–2015
CP–51–DP–0001979–2012
FID: 51–FN–002936–2012
(Philadelphia)

Affirmed

